455 A.2d 195

Commonwealth v. Lenahan, Appellant.

Petition for Allowance of Appeal
Denied Jan. 16, 1984.

600

Argued December 14, 1981. Charles J. Weiss, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The judgment of sentence of the learned Montgomery County Common Pleas Court Judge Samuel W. Salus is affirmed.